James T. FINLEY

v.

Captain John DREW, USN, Commanding
Officer, Naval Station, Philadelphia,
Pennsylvania, et al., Appellants.

No. 19382.

United States Court of Appeals,
Third Circuit.

Submitted Oct. 8, 1971.

Decided March 14, 1972.

Merna B. Marshall, Asst. U. S. Atty.,
Philadelphia, Pa., (Louis C. Bechtle, U. S.
Atty., Philadelphia, Pa., on the brief),
for appellant.

Benjamin Lerner, Ballard, Spahr, An-
drews and Ingersoll, Philadelphia, Pa.
(Richard Z. Freemann, Jr., Philadelphia,
Pa., of counsel, on the brief), for appel-
lee.

Before KALODNER, STALEY and
ADAMS, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

The instant appeal is from the Dis-
trict Court's Order granting a petition
for writ of habeas corpus to the appellee
James T. Finley, a United States Navy
enlisted man whose application for dis-
charge as a conscientious objector has
been denied by the Navy.

The issues presented to the District
Court were (1) whether the Navy's de-
nial of Finley's application for a dis-
charge was without any rational factual
basis; and (2) whether the Navy's use
of the psychiatric reports of Finley's
privately retained civilian doctors, with-
out affording him adequate opportunity
to rebut the information contained in
the reports, were in violation of pro-
cedural due process of law.

The District Court, following a hear-
ing, entered an Order as follows:

"AND NOW, this 22nd day of July,
1970, it is hereby

ORDERED

that the Petition for Writ of Habeas
Corpus be granted; and that the exe-
cution of the Writ be stayed for a
period of sixty days for the purpose of
allowing the Government to seek an
appeal."

The Order was not accompanied by
findings of fact, conclusions of law, or
an opinion, and accordingly we were
not apprised of the reasons for the Dis-
trict Court's disposition. Since we
deemed this to be a case where findings
of fact and conclusions of law were ap-
propriate and necessary to our disposi-
tion, we remanded the cause, in a Per
Curiam opinion filed December 27, 1971,
453 F.2d 1240 (1972), to the District
Court with directions to file forthwith
findings of fact and conclusions of law.

On remand, the District Court, pursu-
ant to our directions, made Findings of
Fact and stated Conclusions of Law in
an Opinion filed January 27, 1972, 337
F.Supp. 76.

Counsel for the parties were subse-
quently granted leave by this Court to
express their views with respect to the
District Court's Opinion, Findings of
Fact and Conclusions of Law. Counsel
for the appellee has advised the Court
that it does not wish to express any ad-
ditional views and counsel for the ap-
pellants has not acted with respect to
the leave granted which expired March
3, 1972.

On review of the record we find no
error in the District Court disposition.

The Order of the District Court grant-
ing habeas corpus relief to the appellee
James T. Finley will be affirmed for the
reasons so well-stated in Judge Trout-
man's Opinion filed January 27, 1972.